FANNY CECILIA BARRERA DE AMARIZ
REG NO 64000-004
FEDERAL DETENTION CENTER/3 EAST
P.O. BOX 526255
HOUSTON, TX 77052-6255
19 APRIL 2006

HONORABLE JUDGE SIM LAKE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TX    77052

**IN RE:   CIVIL CAUSE NO H-06-0723
CRIMINAL CAUSE NO H-03-182**

Honorable Judge Sim Lake:

The purpose of this communication is to inform your Honorable Court that I have been subjected to what I believe to be reprisal and retaliation for exercising my legal right to Access The Courts And Public Officials.

The reason for my belief in this is that on the date of the 13th day of April 2006, I was placed in Administrative Segregation without any form of explanation, on or about the date in which your Honorable Court received my most recent MOTION TO RESCIND MOTION FOR AMMENDMENT TO MOTION UNDER 28 USC $ 2255, in which I did express my personal concerns regarding the unusual treatment at the hands of the Federal officiaLS AT THE HOUSTON FDC.

I was interrogated by an official of the FDC regarding one of my co-defendants, who is the Principal in the aboive numbered CRiminal Cause No. H-03-182.

Shortly thereafter, I was palced in the Special Housing Unit, without the benefit of any form of explanation and without the benefit of access to any Ranking official other than the correctional officer in charge of my housing unit, 3 East.I was denied all property and prison ammenities, and any form of communication with any officials who could have explained what was occurring.

-1-

When I was afforded the opportunity to speak with an official of significant rannk, such as Mr. Villareal and even the Senior Warden, Ms. Veltri, I was told that I was probably segregated due to an infraction of the rules and regulaitons; however, no disciplinary report was ever written nor submitted against me.

The only thing taht I have done, which I was told about, by Officer Ramirez on the date of April 6, 2006, is in reference to my Court petitiions to your HOnorable Court.

I cannot fathom why I am being persecuted by the FDC HOuston officials for merely exercising my right to petition the Court? I fail to understand why I am subjected to this continual form of psychological torture.

I have been placed in Administrative Segregation on three (3) sepatate occasions since I came to FDC Houston. Each time, I was never given any indication as to hwy that occurred, other than the fact that I had a co-defendant who is a "separtee". But she has never been placed in the Special Housing Unit, only me.

I beleive that I am being subjected to this manner of retaliation only due to my legal activity, and I am doing it without the benefit of a lawyer, on my own with what help I can get from others, here with me. My only recourse is to inform your Honorable Court, Honorable Judge Sim Lake, that I am at a loss as to what to do, that is, other than what I have already submitted to your Honor.

I even submitted my Motion to Rescind, in hope that the pressure would ease off, from these FDCofficials, but it has only worsened. I am now designated and do hope and pray that I will be transferred to where I no longer will be subjected to such humiliating, unwarranted and psychologically traumatic handling and treatment which is not in keeping with existing Federal Executive Policy regarding the Handling and TReatment of Federal Priaoners.

I would file whatever FDC Administrative Remedies may be availiable to me, however, I am already subject to much reprisal and retaliation simply for Accessing the Courts and Public Officials, so I can only wonder what would be the result of filing a complaint at this level within the FDC Houston even when done in good faith.

I sincerely appreciate your attention to this matter at your earliest posssible convenience.

Sincerely Yours,

Fanny CEcilia Barrera De Amariz
Reg NO 64000--004

NANCY RIVAS
REG NO 49792-179
FEDERAL DETENTION CENTER
3 EAST
P.O. BOX 526255
HOUSTON, TEXAS 526255-6255

19 APRIL 2006

**HONORABLE JUDGE SIM LAKE**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TEXAS 77052

Honorable Judge Lake:

    I am the above-named individual, Nancy Rivas, currently in Federal custody at the Houston FDC, serving a Three (3) year sentence, awaiting transfer by the Federal Marshalls' Service to my Designated Federal Correctional Institution.

    The purpose of this communication to you is that I met a female prisoner here at Houston FDC, by the name of Ms. Fanny Cecilia Barrera De Amariz, Reg No. 64000-004, whom I have personally witnessed a severechange for the worse in within a very short span of time. The change due to what I personally allege has been an unwarranted and unjustified gross miscarriage of justice, by the FDC Houston officials while acting under color of law in its enactment against her.

    Ms. Barrera has not only been subjected to numerous tactics which are underhanded and against the very decency of society, Your Honor, she does not deserve this!

    She has been convicted and sentenced in your Honorable Court. Why should she have to be repeatedly made to suffer such cruel and unusual punishment at the hands of these officials in whose custody she remains?

    Your Honor, I submit to you, that I will be a Witness on Ms. Barrera's behalf , with names, dates and specific details of what I have personally witnessed in order to bring to justice, the wrongdoings of the HoustonFederal Detention Officials.

I am not a legal counselor, but have enough working knowledge of what is needed in order to initiate a Civil Action in the Courts, to submit a formal petition with merit which shall in effect force the Bureau of Prisons, specifically, the Houston FDC, to answer to you, to the Courts, to Society itself, for their unlawful conduct.

Even I have been "FOREWARNED", that the further away I can be from Ms. Barrera, the "BETTER OFF" I will be; this was said to me by officials of theFDC Houston. I was also informed not to "CONCERN" myself with Ms. Barreras' legal matters. I cannot believe that I have been on the receiving end of such subtle threats. I am a Disabled American, unlike the unfortunate Ms. Barrera who is not a citizen of our United States. I am a proud Mother of a Daughter who served in the United States Naval Forces, and am not proud of the fact that I have been convicted of a federal crime. But I will never place myself in that position again, in my life, to fall for the temptation which led to my fall, bringing me here. I serve my sentence, and will return to society a different individual, a better person. I want to see my Grandchildren grow and yet, I want to do whatever God calls me to do while I am here, not just for myself and my own comfort and concerns, but for the Purposes of the God I believe in, even if it means subjecting myself to the prejudices of these officials in charge over us in the Federal system.

I pray that you shall give serious consideration to my communication on behalf of Ms. Fanny Barrera De Amariz. May my God, the Holy One of Israel, bless you and touch your heart and lead you in all that you do, Honorable Judge Sim Lake.

Sincerely Yours,

NANCY RIVAS #49792-179