IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUL 2 6 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-06-0723 |
| v. | § | (Criminal Number H-03-182) |
| | § | |
| FANNY CECILIA BARRERA DE AMARIZ, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the court's Order entered this date, this action is **DISMISSED with prejudice**.

For the reasons stated in this court's Order and because the petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 26th day of July, 2006.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE